UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-23571-CIV-UNGARO

JIMMIE LEE CRUMMIE,

    Plaintiff,

v.

KENNETH L. VELOZ,

    Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT**

THIS CAUSE is before the Court upon Plaintiff's *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983, filed October 4, 2010.

THE COURT has considered the Complaint and the pertinent portions of the record and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Patrick A. White, who, on November 10, 2010, issued a Report recommending that the Complaint be dismissed. (D.E. 5.) The Magistrate Judge notes that Plaintiff is a multiple filer, who, on three or more prior occasions, while incarcerated or detained in any facility, brought an action in a court of the United States, which was dismissed on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted. In the instant Complaint, Plaintiff fails to allege that he is in imminent danger of serious physical injury. Thus, pursuant to 28 U.S.C. § 1915(g), Plaintiff may not proceed *in forma pauperis*; accordingly, the Magistrate Judge recommends that this Complaint must be dismissed without prejudice to the Plaintiff to file a new complaint accompanied by payment of the full filing fee. (D.E. 5, p. 8.)

The parties were afforded the opportunity to file objections to the Magistrate Judge's Report. However, none were filed. This matter is now ripe for review. Upon a *de novo* review of the record, it is

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 5) is RATIFIED, ADOPTED, and AFFIRMED. Plaintiff's Complaint (D.E. 1) is DISMISSED without prejudice. Plaintiff may re-file his Complaint upon the condition that he pays the full filing fee.

DONE and ORDERED in Chambers, at Miami, Florida this _6TH__ day of December, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Jimmie Lee Crummie, *pro se*